IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY RAY ROUNDTREE (BOP Register No. 17256-064), | § § § § | |
| Petitioner, | § § | |
| V. | § | No. 3:16-cv-485-B |
| FCI SEAGOVILLE WARDEN HARMON, | § § § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

DATED: JUNE 26, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE